FILED _____ LODGED
_____ RECEIVED

FEB 17 2017

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
                                              DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| SUSAN J. HERMAN,<br><br>　　　　　PLAINTIFF,<br>V.<br><br>QUICK COLLECT, INC.,<br><br>　　　　　DEFENDANT. | Case No: 3:16-cv-05465-JRC<br><br>**JUDGMENT AND DISMISSAL BY COURT** |

Based on Defendant's Offer of Judgment pursuant to Fed.R.Civ.P. 68, and Plaintiff's timely acceptance of said offer:

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of Plaintiff, Susan J. Herman, against Defendant Quick Collect, Inc. in the amount of $7,501.00

DATED:

2/17/17

_____
Judge

HYDE & SWIGART
Phoenix, Arizona